UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00201

**Saul Rosales-Ramires,**
*Petitioner,*

v.

**United States of America,**
*Respondent.*

# ORDER

Petitioner, a former inmate of the Federal Bureau of Prisons (BOP) proceeding pro se, filed this habeas action under 28 U.S.C. § 2255. Doc. 1. The case was referred to a magistrate judge (Doc. 2) who issued a report recommending that the court dismiss the petition without prejudice to petitioner's right to present his claims in a 28 U.S.C. § 2241 proceeding and deny a certificate of appealability sua sponte. Doc. 8 at 5. The court mailed a copy of the report to petitioner at his last-known address, but petitioner did not file objections. An online search for petitioner on the BOP's public website reveals that petitioner was released from BOP custody on November 22, 2024. *See* Fed. Bureau of Prisons, *Find an inmate.*, https://www.bop.gov/inmateloc/. Petitioner did not file an updated mailing address. *See Davis v. King*, 270 F. App'x 355, 356 (5th Cir. 2008) (per curiam) (unpublished) (holding that it is a petitioner's responsibility to update his address).

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The habeas petition is dismissed without prejudice. Petitioner is denied a certificate of appealability sua sponte. Any pending motions are denied as moot.

*So ordered by the court on December 15, 2025.*

                J. CAMPBELL BARKER
                United States District Judge